GLENN J. PLATTNER (SBN 137454)
glenn.plattner@bryancave.com
DEBORAH P. HEALD (SBN 246385)
deborah.heald@bryancave.com
DAVID HARFORD (SBN 270696)
david.harford@bryancave.com
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel.: (310) 576-2130
Fax: (310) 576-2200

Attorneys for Defendants,
JPMORGAN CHASE BANK, N.A., for itself and
as successor by merger to Chase Home Finance, LLC
(sued incorrectly as "Chase Home Finance – TX"); and
WAMU ASSET ACCEPTANCE CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. MANOS, individually and on behalf of all similarly situated individuals<br><br>Plaintiff,<br><br>v.<br><br>THE WOLF FIRM, A LAW CORPORATION; RCO LEGAL, P.S. f/k/a ROUTH, CRABTREE & OLSON P.S.; NORTHWEST TRUSTEE SERVICES INC.; JP MORGAN CHASE BANK, N.A.; CHASE HOME FINANCE-TX; SELECT PORTFOLIO SERVICING INC.; AND DOES 1-10<br><br>Defendants. | Case No.<br><br>(Orange County Superior Court Case No. 30-2016-00885625-CU-BC-CJC)<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANT JPMORGAN CHASE BANK, N.A. UNDER 28 U.S.C. §§ 1441(a), 1441(c), and 1446(b)(3)**<br>**(FEDERAL QUESTION)** |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. section 1441(a), Defendant JPMorgan Chase Bank, N.A. ("Chase"), removes the above-referenced action from the Superior Court of the State of California, for the County of Orange, Case No. 30-2016-00885625-CU-BC-CJC, to the United States District Court, for the Central District of California, Southern Division.  Federal jurisdiction of this action is proper on the basis of federal question under 28 U.S.C. section 1441(c). Removal is based on the following grounds:

**Timeliness of Removal**

1. On December 25, 2017, Plaintiff John C. Manos ("Plaintiff") filed a Third Amended Complaint ("TAC") in the Orange County Superior Court against Chase and other defendants, styled *Manos v. The Wolf Firm, et al.*, Case No. 30-2016-00885625-CU-BC-CJC (the "State Action").  A true and correct copy of the TAC and its exhibits served on Chase is attached to this Notice as **Exhibit 1**.

2. The TAC alleges six causes of action about an alleged wrongful foreclosure and related claims, including, for the first time, a claim for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*.  (Exh. 1, pp. 51-52.)

3. Plaintiff's previous complaints did not include any causes of action arising under federal law. A true and correct copy of the original complaint, without its exhibits, is attached to this Notice as **Exhibit 2**. A true and correct copy of the First Amended Complaint, without its exhibits, is attached to this Notice as **Exhibit 3**. A true and correct copy of the Second Amended Complaint, without its exhibits, is attached to this Notice as **Exhibit 4**.

4. Plaintiff served Chase with the TAC on December 25, 2017.  A true and correct copy of the proof of service is attached to this Notice as **Exhibit 5**.

5. This Notice is timely as it is filed within 30 days of the receipt by

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

Chase of a copy of the TAC in this action. *See* 28 U.S.C. § 1446(b)(3).

**Federal Question**

6.    This is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331, and is properly removable pursuant to the provisions of 28 U.S.C. sections 1441(a) and (c) and 28 U.S.C. section 1446(b)(3) in that the TAC includes a claim that arises under federal statute – violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. – and is the first complaint that includes such a claim.

**Pleadings and Process**

7.    <u>Parties</u>:  Chase brings this Notice of Removal on its own behalf and on behalf of all other defendants. Chase's counsel (which is also counsel for WAMU ASSET ACCEPTANCE CORP.) has conferred with counsel for THE WOLF FIRM, A LAW CORPORATION; RCO LEGAL, P.S. f/k/a ROUTH, CRABTREE & OLSON P.S.; NORTHWEST TRUSTEE SERVICES INC.; and SELECT PORTFOLIO SERVICING INC. Each defendant has agreed to this removal. The TAC also names as defendants "DOES 2-10." Chase is informed and believes and on that basis alleges that none of the fictitiously-named defendants has been served with a copy of the TAC. Therefore, the fictitiously-named defendants are not parties to the above-captioned action and need not consent to removal. *See* 28 U.S.C. § 1441(b)(1); *Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1213 (9th Cir. 1980) ("Does" need not be joined in a removal petition).

8.    <u>Proper Court</u>:  Removal to this Court is proper under 28 U.S.C. section 1441(a) because the Superior Court of California, in and for the County of Orange, is geographically located within this Court's district and division.

9.    <u>Notice</u>:  Chase is serving a copy of this Notice of Removal on all adverse parties (*i.e.* Plaintiff via his counsel) and is filing a copy with the clerk of the state court pursuant to 28 U.S.C. § 1446(d). A true and correct copy of the

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

1  Notice to Plaintiff of Removal (without exhibits) is attached to this Notice as
2  **Exhibit 6**.

3     10.    Pleadings: Numerous documents have been filed in the State Action
4  since it was initiated on November 7, 2016. All documents served upon Chase are
5  attached hereto as **Exhibit 7**.

6     11.    Signature:  This Notice of Removal is signed pursuant to Rule 11 of the
7  Federal Rules of Civil Procedure. *See* 28 U.S.C. § 1446(a).

8     12.    By removing on the basis of federal question jurisdiction, Chase does
9  not concede or make any admissions relating to the merit and/or value of Plaintiff's
10 allegations, claims or damages.  Chase denies the material allegations contained in
11 the TAC, generally and specifically.

12     WHEREFORE, Chase respectfully requests that the State Action be removed
13 from the state court in which it was filed to the United States District Court, in and
14 for the Central District of California, and further requests that this Honorable Court
15 issue all necessary orders and process and grant such other and further relief as in
16 law and justice that Chase may be entitled to receive.

18 Dated:  January 24, 2018

Respectfully submitted,

**BRYAN CAVE LLP**
Glenn J. Plattner
Deborah P. Heald

By:  */s/ Deborah P. Heald*
    Deborah P. Heald
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., for itself and as successor by merger to Chase Home Finance, LLC (sued incorrectly as "Chase Home Finance – TX"); and WAMU ASSET ACCEPTANCE CORP.

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414