# EXHIBIT 5

Larry R Glazer Esq. (CSBN 200644)
larry@glazerandglazer.com
Nicolette Glazer Esq. (CSBN 209713)
nicolette@glazerandglazer.com
LAW OFFICES OF LARRY R GLAZER
1875 Century Park East #700
Century City, California 90067
T:310-407-5353
F:310-388-3833
ATTORNEYS FOR PLAINTIFF

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF ORANGE

| | |
|---|---|
| JOHN C. MANOS,<br>individually and on behalf of all similarly situated individuals<br><br>PLAINTIFF<br><br>vs.<br><br>THE WOLF FIRM, A LAW CORPORATION; ET AL.<br><br>DEFENDANTS | Civil Action No.<br>30-2016-00885625-CU-BC-CJC<br><br>JUDGE: Hon. James Crandall<br><br>**PROOF OF SERVICE OF PLAINTIFF'S THIRD AMENDED COMPLAINT AND EXHIBITS IN SUPPORT** |

COMES NOW John C. MANOS, and through his counsel, files the attached proof of service.

Respectfully Submitted by

_____s/ Nicolette Glazer Esq._____
Nicolette Glazer Esq.
LAW OFFICES OF LARRY R GLAZER
1875 Century Park East #700
Century City, CA 90067
T: 310-407-5353
F: 310-407-5354
nicolette@glazerandglazer.com

ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE BY ELECTRONIC MAIL OR U.S. MAIL

I, the undersigned, state that I am employed in the County of Los Angeles; that I am over the age of eighteen (18) years, and not a party to the within cause; and that my business address is 1875 Century Park East, 7th Floor, Century City, California 90067.

I am readily familiar with the business practice of my firm for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

On 25 December 2017 I served a true copy of:

**PLAINTIFF'S THIRD AMENDED COMPLAINT AND EXHIBITS IN SUPPORT**

[ XX ] By Electronic Mail – serving the enclosed via e-mail transmission trough the e-file/e-serve court portal to each of the following parties

mmadden@goodwinprocter.com
Molly K. Madden, Esq., Representing Defendant Select Portfolio Inc.

jsandler@bhfs.com
Jonathan Sandler, Esq.
egarnett@bhfs.com
Emily R. Garnett, Esq., Representing Defendant the Wolf Firm

msarni@rcolegal.com
Mark Sarni Esq. Representing Defendant Northwest Trustee Services Inc. and Defendant RCO Legal, P.S.

deborah.heald@bryancave.com
Deborah Heald Esq. Representing Defendants JP Morgan Chase, NA, WaMu Asset Inc., and CHF-TX

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 25 December 2017

_____s/Nicolette Glazer_____
Nicolette Glazer Esq.