# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-00138-JLS-JDEx | Date | March 30, 2018 |
| Title | John C. Manos v. The Wolf Firm, A Law Corporation, et al. | | |

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
|---|---|

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicolette Glazer | Jonathan Sandler |
| | Emily Garnett |
| | Glenn Plattner |
| | Molly Madden |

**Proceedings:** Hearing on Select Portfolio Servicing Inc.'s Motion to Dismiss Third Amended Complaint [14]; The Wolf Firm, A Law Corporation's Motion to Dismiss Complaint [17]; JPMorgan Chase Bank, N.A. and WAMU Asset Acceptance Corp.'s Motion to Dismiss Third Amended Complaint [20]; Plaintiff's Motion to Remand and Stay Adjudication of Other Pending Motions [28]

Hearing held. Oral arguments heard. Motions taken under submission by the Court.

| | 00 : 20 |
|---|---|
| Initials of Preparer | tg |