UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:18-cv-138-JLS-JDE | Date: May 02, 2018 |
| Title: John C. Manos v. The Wolf Firm, A Law Corporation et al. | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                           Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REMANDING CASE TO STATE COURT**

On April 9, 2018, this Court ordered that if no amended complaint had been filed within twenty-one days of the order, the Court would decline to exercise supplemental jurisdiction over the remaining state law claims and remand the case to state court. (Docket 45 at 17-18.)  That time has passed, and Plaintiff has not having amended his complaint.  The Court therefore REMANDS the case to Orange County Superior Court, Case No. 30-2016-00885625-CU-BC-CJC.

Initials of Preparer:  tg