1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT
9       FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   _____

JOHN  C MANOS                          )   Case No. 8:18-cv-00138-JLS-JDE
11                                      )   Civil Action
                                        )
PLAINTIFF                               )
12                                      )    Hon. Judge Staton
13          vs                          )
                                        )
14                                      )
                                        )
15   THE WOLF FIRM et al.               )
                                        )   **JUDGMENT**
16   DEFENDANTS                         )
17                                      )
                                        )
     _____)
18

19       The Court enters Judgment in favor of Defendants as to the Fourth Cause of
20   action for violation of the FDCPA.

21
     DATE:  May 11, 2018
22
                                        _____
23                                      Hon. Josephine L. Staton
                                        United States District Judge
24
25